UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **VERNON E. SILVER**<br><br>    **Plaintiff,**<br><br>versus<br><br>**ENERGYSOLUTIONS**<br><br>    **Defendant.** | **CIVIL ACTION NO. 10-4676**<br><br>**SECTION**<br><br>**MAGISTRATE** |

## COMPLAINT

NOW INTO COURT, through undersigned counsel, come Plaintiff, Vernon E. Silver ("Silver") with this Complaint against EnergySolutions ("Solutions") stating the following causes of action are based upon the Defendant's violations of Federal Law, as follows:

### I.    PARTIES

1. Plaintiff is a citizen of the State of Louisiana and is domiciled within the Eastern District of Louisiana.

2. Defendant is, upon information and belief, a foreign corporation authorized to do and doing business within the confines of the Eastern District of Louisiana.

## II.     JURISDICTION AND VENUE

3. Plaintiff asserts that jurisdiction is proper in this Honorable Court pursuant to federal question jurisdiction, 28 U.S.C. § 1331, for his allegations of violations allege a violation of Federal Consumer Protection Act 15 U.S.C. § 1673 (b).

4. Venue is proper in this district under 28 U.S.C. § 1391(a) as the Eastern District of Louisiana is the judicial district a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated.

## III.    FACTS AND ALLEGATIONS

5. From 2003 to the present, Solutions begin garnishing Silvers wages in order to fulfill several income withholdings for child support.

6. From 2003 to 2010, Solutions' garnished more than the disposable income percentage allowed under the Federal Consumer Protection Act in order to fulfill the income withholdings for child support. (See Pay stubs attached as Exhibit A and A2).

7. Around August of 2010, Silver discovered that Solutions was illegally garnishing more than the percentage allowed under the Federal Consumer Protection Act and he talked to someone in Human Resource who admitted that Solutions had been garnishing more than percentage allowed under the Federal Consumer Protection Act.

8. Solutions then adjusted the garnishment withholdings to comply with the Federal Consumer Protection Act.

9. While Solutions was garnishing over the amount allowed by the Federal Consumer Protection Act, Mr. Silver was forced to get behind on several bills which impacted his credit.

10. While Solutions was garnishing over the amount allowed by the Federal Consumer Protection Act, Mr. Silver experienced financial hardship and suffered several financial losses.

**Count One**

Defendant conduct in described herein is in violation of the Federal Consumer Protection Act 15 U.S.C. § 1673 (b) and as such, Defendant is liable unto Plaintiff for:

A. Back-pay

B. Mental Anguish and depression

C. Loss of enjoyment of life

D. Other financial losses

E. Medical expenses

F. Prejudgment interest

G. Attorney's fees

H. Costs of these proceedings, and

I. Any injunctive relief enjoining defendants from interfering with plaintiffs efforts to obtain future employment and enjoining and permanently restraining these violations of federal law.

IV. Plaintiff reserves their right to supplement and amend this complaint upon the discovery of additional facts.

V. Plaintiff demands a trial by jury.

WHEREFORE, Plaintiff, Vernon Silver, prays that Defendant Energy Solution be duly cited to appear and answer this Complaint and Jury Demand and, after due proceedings and legal delays, there be judgment herein in favor of your Plaintiff, and against Defendant, as detailed in the foregoing Complaint and Jury Demand and in an amount reasonable in the premises, together

with legal interest from the date of judicial demand, all costs of these proceedings, reasonable attorney's fees and any and all general and equitable relief deemed appropriate by this Honorable Court under the circumstances.

Respectfully Submitted:

/s/ Anundra Martin Dillon_____

Anundra Martin Dillon La# 30478
3213 Arbutus Ct.
Marrero, La. 70072
anundramartin@yahoo.com
(504)-667-9864
Counsel for Plaintiff

Please Service via Long Arm Statute

EnergySolutions through its registered agent service process:

Corporation Service Company
2711 Centerville Road
Wilmington, DE 19808