UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| VERNON E. SILVER | CIVIL ACTION |
| VERSUS | NO: 10-4676 |
| ENERGY SOLUTIONS | SECTION: "K"(4) |

JUDGMENT

Plaintiff failed to comply with the Court's Order of July 19, 2011 (record doc. 6) ordering plaintiff to show cause by August 19, 2011, as to why plaintiff have failed to serve ENERGY SOLUTIONS within 120 days of filing this matter.

IT IS ORDERED, ADJUDGED AND DECREED that plaintiff's claims and demands against defendant, ENERGY SOLUTIONS are hereby DISMISSED WITHOUT PREJUDICE, for plaintiff's failure to prosecute pursuant to Fed. R. Civ. P. 4(m).

New Orleans, Louisiana this __23rd__ day of August, 2011.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE